UNITED STATES of America,
Appellee,

v.

Gerald Ronald GUTHRIE, Appellant.

UNITED STATES of America,
Appellee,

v.

Albert Otis HADEN, Appellant.

Nos. 11360, 11368.

United States Court of Appeals
Fourth Circuit.

Argued Nov. 6, 1967.

Decided March 4, 1968.

Certiorari Denied June 17, 1968.

See 88 S.Ct. 2284.

Nelson M. Casstevens, Jr., Yadkin-
ville, N. C. (A. A. Bailey, Charlotte, N.
C., on brief), for appellant in No. 11,360.

Louis A. Bledsoe, Jr., Charlotte, N. C.
(Court-appointed counsel) and C. Ralph
Kinsey, Jr., Charlotte, N. C. (Berry &
Bledsoe, Charlotte, N. C., on brief), for
appellant in No. 11,368.

Wm. Medford, U. S. Atty. (William M.
Styles, Asheville, N. C., on brief), for ap-
pellee.

Before SOBELOFF, BRYAN and
WINTER, Circuit Judges.

SUPPLEMENTAL OPINION

PER CURIAM:

This case was remanded to the District
Court to make inquiry into the circum-
stances of a certain alleged conversation
between an F.B.I. agent, a government
witness, and a juror during the trial.
387 F.2d 569. The District Court has
now held a plenary hearing and found
that the conversation was entirely inno-
cent, unrelated to the case on trial and
in no way prejudicial. We accept this
finding. The appeal, having been held
in abeyance, may now be disposed of.

The transcript of the hearing and the District Court's findings will be filed among the papers in this court. The judgment below is

Affirmed.